UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| TIFFANY SCHUMACKER and BRANDON SCHUMACKER, <br><br> Petitioners, <br><br> v. <br><br> STATE OF WASHINGTON, et al., <br><br> Respondents. | CASE NO. C14-5966 BHS <br><br> ORDER DENYING MOTION FOR TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION |

This matter comes before the Court on Petitioners Tiffany and Brandon Schumacker's ("Schumackers") motion for a temporary restraining order and preliminary injunction (Dkt. 2). The Court has considered the pleadings filed in support of the motion and the remainder of the file and hereby denies the motion for the reasons stated herein.

Federal Rule of Civil Procedure 65(b) governs temporary restraining orders. Under Rule 65(b), the Court is only authorized to grant an ex parte motion if the movant (1) alleges specific facts showing that immediate harm will be suffered if relief is not

ORDER - 1

1  granted before the adverse party may be heard, and (2) states his efforts to give notice
2  and reasons why notice should not be required.  Fed. R. Civ. P. 65(b)(1).
3        Here, the Schumackers have failed to show that they attempted to give any notice
4  to Defendants.  The Schumackers have also failed to show why notice should not be
5  required in this case.  Moreover, the Schumakers have not sufficiently established this
6  Court's authority to overturn or interfere with the Tennessee state court order alleged to
7  have been entered at this time.  The Court therefore denies the Schumackers' motion for a
8  temporary restraining order.
9        The Schumackers' motion also contains a request for a preliminary injunction.
10  Dkt. 2.  The Court concludes that once the Schumackers have filed proof of proper
11  service of process on Defendants, they may renew their request for a preliminary
12  injunction hearing in a motion seeking such relief.
13        Therefore, it is hereby **ORDERED** that the Schumackers' motion for a temporary
14  restraining order and preliminary injunction (Dkt. 2) is **DENIED**.
15        Dated this 10th day of December, 2014.

BENJAMIN H. SETTLE
United States District Judge